

# NUMBER 13-22-00572-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

| | |
|---|---|
| **VALERIE NICOLE HAFOKA,** | **Appellant,** |
| **v.** | |
| **IWIKA HAFOKA,** | **Appellee.** |

## On appeal from the 105th District Court
## of Nueces County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Longoria**
**Memorandum Opinion by Justice Longoria**

This matter is before the court on its own motion. On April 17, 2023, the Clerk of the Court notified appellant that, pursuant to Texas Rule of Appellate Procedure 38.8(a)(1), the appeal was subject to dismissal for want of prosecution unless, within ten

days, appellant provided reasonable explanation for her failure to timely file a brief. Appellant failed to respond to the notice and has not filed a brief.

Appellant neither reasonably explained her failure to file a motion for extension of time nor filed her brief. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).

NORA L. LONGORIA
Justice

Delivered and filed on the
29th day of June, 2023.

2